# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-50591
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 26, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MANUEL DE JESUS OROZCO-RANGEL,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:20-CR-1860-1

———————————————————————

Before ELROD, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:*

Manuel De Jesus Orozco-Rangel pleaded guilty to illegal reentry into
the United States in violation of 8 U.S.C. § 1326. Orozco-Rangel's
supervised release commenced on July 27, 2022. The probation officer filed
a petition seeking to revoke his supervised release alleging that Orozco-
Rangel violated the terms of his release by committing another crime and

———————————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-50591

reentering the United States illegally.  The district court revoked his supervised release and sentenced him to 12 months in prison.

We agree with Orozco-Rangel and the Government that there is a clerical error in the written order revoking supervised release.  Orozco-Rangel pleaded true to the allegations in the petition to revoke supervised release.  The written order, however, states that Orozco-Rangel pleaded not true to the same allegations.  There is no other issue for appeal.

Accordingly, this order is AFFIRMED in all other respects and REMANDED for the limited purpose of correcting the clerical error in the order.  *See* Fed. R. Crim. P. 36; *United States v. Illies*, 805 F.3d 607, 610 (5th Cir. 2015).